PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Travis Lynn                                    Cr.: 08-CR-0846-01
                                                                 PACTS #: 51769

Name of Sentencing Judicial Officer: Jose L. Linares

Date of Original Sentence: 11/17/08

Original Offense: Conspiracy to Defraud the United States, 18 U.S.C. § 371

Original Sentence: 26 months imprisonment; 3 yrs supervised release
Special Conditions: drug treatment and/or urinalysis, financial disclosure, no new debt, restitution in the amount of $17,884.98, cooperation with DNA.

Violation Sentence: 8 months imprisonment; 28 months of supervised release

Type of Supervision: Supervised Release                          Date Supervision Commenced: 2/12/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Travis Lynn violated the standard drug testing condition. |

On March 27, 2012, Lynn reported to the probation office and provided a urine specimen which yielded positive results for opiates. Prior to conducting the urinalysis test, he admitted to using heroin on March 25, 2012. He signed and executed the drug admission form.

U.S. Probation Officer Action: This officer met with the offender and admonished him for his actions. We have increased urine monitoring and the offender will continue to participate in substance abuse treatment until deemed appropriate by the probation office. Mr. Lynn is working full time and it seems to be an isolated event. This writer also recommends presentation of this document to Travis Lynn as a formal reprimand, issued under the authority of the Court.

Respectfully submitted,
By: Luis R. Gonzalez
Senior U.S. Probation Officer
Date: 04-10-12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

4/10/12
Date