UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Criminal No. 08-846
                                              Hon. Jose L. Linares
v. :

TRAVIS LYNN : BAIL MODIFICATION ORDER

This matter having been opened to the Court on the joint agreement of the parties, as set forth on the record on July 24, 2012, by Paul J. Fishman, United States Attorney for the District of New Jersey (Scott B. McBride, Assistant United States Attorney, appearing), and by John Yauch, Esq., attorney for the defendant, Travis Lynn, for an order pursuant to Federal Rule of Criminal Procedure 32.1(a)(6), and Title 18, United States Code, Section 3143(a), modifying the terms of bail in this matter, and the Court having held a hearing thereon on July 24, 2012,

IT IS, therefore, on this __24__ day of July, 2012,

ORDERED, pursuant to Title 18, United States Code, Section 3143(a), that the defendant, Travis Lynn, be released on July 25, 2012, to the custody of the U.S. Probation Office, for his immediate transfer to Turning Point for in-patient drug treatment for a period of no fewer than 45 days and no more than 60 days; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3143(a), that the defendant, Travis Lynn, upon release

from Turning Point, submit to outpatient drug treatment at Integrity House in Newark, New Jersey, which he shall attend until the date of his sentencing, 01-08-13 at 11:00 am; and it is further

ORDERED that the defendant, Travis Lynn, must comply with all the terms and conditions of his term of supervised release, which remains in effect pending sentencing in this matter.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JOSE L. LINARES
　　　　　　　　　　　　　　　　United States District Judge